## J. E. Edwards v. The State.

No. 10387.   Delivered June 25, 1926.

**Theft of Automobile—Appeal Dismissed.**

Since the filing of his appeal appellant has filed a motion duly verified requesting the withdrawal of his appeal.   The motion is granted and the appeal dismissed.

Appeal from the District Court of Rockwall County.   Tried below before the Hon. Joel R. Bond, Judge.

Appeal from a conviction of theft of an automobile, penalty three years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The conviction is for the

theft of an automobile, punishment fixed in the penitentiary for a period of three years.

Since the filing of his appeal, appellant has filed a motion requesting the withdrawal of his appeal. The motion is granted and the appeal is dismissed.

*Dismissed.*